UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HARBOR LIGHTS SERVICES OF CENTRAL
NEW YORK, INC.,

        Plaintiff,
vs.                                            CIVIL NO.  5:06-CV-1093 (GTS/GHL)

THE INCORPORATED VILLAGE OF MEXICO,
THE BOARD OF TRUSTEES OF THE
VILLAGE OF MEXICO, THE BOARD OF
TRUSTEES OF THE VILLAGE OF
MEXICO and THE ZONING BOARD OF
APPEALS OF THE VILLAGE OF MEXICO,

        Defendants.

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

Counsel for the parties having participated in a status conference with Magistrate Judge George H. Lowe on 10/30/08, and the Court having been advised that this action has been settled, it is, therefore, not necessary for this action to remain on the calendar of the Court.

**IT IS ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and

**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated: October 30, 2008
      Syracuse , New York

                                            Hon. Glenn T. Suddaby
                                            U.S. District Judge